■ KAZLOW & KAZLOW et al., Respondents, v STANLEY ZASLOW et al., Appellants.—Order of the Supreme Court, Westchester County, entered March 31, 1976, affirmed, without costs but with disbursements. Respondents are not awarded costs since they represented themselves. Damiani, J. P., Titone, Shapiro and Cohalan, JJ., concur.